## GREEN v. SMITH.

LITTLE, J.   The question made by the record in this case is one of discretion, and this not appearing to have been abused by the order appointing the receiver, with the conditions therein named, the judgment of the court below is                 *Affirmed.   All the Justices concurring.*

Argued June 1, — Decided July 8, 1897.

Injunction and receiver. Before Judge Sheffield. Early county. March 17, 1897.

*R. H. Sheffield*, for plaintiff in error.